
**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
JUL 10 2008
JEANNE G. QUINATA
Clerk of Court

paulinowongpet

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00017 |
| Plaintiff, | |
| vs. | **PETITION FOR WRIT OF REMOVAL** |
| PAULINO WONG, | |
| Defendant. | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1. On January 12, 1995, the United States Attorney's Office, for the Southern District of New York filed an Indictment charging the defendant with Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 2 and Transportation of Stolen Monies, in violation of Title 18, Untied States Code, Sections 2314 and 2;

2. On January 12, 1995, the U.S. District Court for the Southern District of New York, issued a no bail warrant of arrest for the defendant to be brought to the Southern District of New York to answer to the charge of the indictment. A copy of the indictment and warrant for arrest are attached and incorporated herein as Exhibit 1.

3. On July 10, 2008, the defendant arrived on Guam and was arrested.

WHEREFORE, petitioner prays this Court to issue a writ of removal pursuant to Rule 5(c) for said defendant from the District of Guam to the Southern District of New York.

DATED this 10th day of July 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *signature*
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

    - v -                    :    INDICTMENT

PAULINO WONG,                              95 Cr. 44

    Defendant.               :

- - - - - - - - - - - - - - - - x

### COUNTS ONE THROUGH TWENTY

The Grand Jury charges:

#### Background

1. At all times relevant to this indictment, defendant PAULINO WONG was an account executive at Advest, Inc. ("Advest"), a financial services firm with an office at 80 Broad Street, New York.

2. On or about September 27, 1988, an investment account known as the Golden Harvest Investment Club account ("Golden Harvest Account"), account number 300-57483, was opened at Advest. William Wong, the defendant's brother, was designated as the president of the Golden Harvest Investment Club, and defendant WONG was designated as the account executive in charge of the Golden Harvest Account.

3. On or about September 27, 1988, $5,000 was transferred from William Wong's personal account at Advest to the Golden Harvest Account. That $5,000 deposit of funds represents the only investment in the Golden Harvest Account made by defendant WONG or any of his family members.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

EXHIBIT 1

## The Scheme

4. From in or about January 17, 1989 through and including on or about September 20, 1990, in the Southern District of New York and elsewhere, PAULINO WONG, the defendant, devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, to wit, a scheme to transfer funds, without authorization of the accountholders, from various Advest accounts to the Golden Harvest Account, and then transfer said funds, directly or through other accounts, to various accounts in the Philippines for the use of Paulino Wong, the defendant, and his family members.

## Means and Methods of the Scheme

5. Among the means and methods of the scheme were the following:

a. From on or about July 22, 1989, through and including on or about September 13, 1990, defendant WONG, without proper authorization, caused funds totaling approximately $222,000 to be transferred from approximately (9) Advest customer accounts, on which he was the account executive, to the Golden Harvest Account.

b. From on or about January 17, 1989 through and including on or about July 26, 1989, defendant WONG caused funds totaling approximately $15,000 to be transferred from the Golden Harvest Account to William Wong's personal account at Advest.

- 2 -

c. From on or about May 1, 1990 through and including on or about September 11, 1990, defendant WONG caused funds totaling approximately $14,000 to be transferred from the Golden Harvest Account to the personal account of Philip Wong at Advest. Philip Wong never invested any funds in the Golden Harvest Account.

d. From on or about October 3, 1989 through and including on or about September 20, 1990, defendant WONG caused funds totaling approximately $129,490.46 to be wire transferred from the Golden Harvest Account to an account in the name of William Wong at the Far East Bank and Trust Co., Binondo Branch, Manila, Philippines.

e. Defendant WONG caused the execution of certain of the transfers referred to in paragraph 5 above, by causing fraudulent letters, which authorized the transfer of funds, to be sent from Advest's New York office to its headquarters in Connecticut.

### The Wire Fraud

6. From on or about January 17, 1989 through and including on or about September 20, 1990, in the Southern District of New York and elsewhere, PAULINO WONG, the defendant, unlawfully, wilfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, to wit, the scheme described in paragraph 4 above, for the purpose of executing such scheme and

artifice, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds, to wit, facsimile letters and wire transfers of funds as set forth below:

| Count | Approx Date | Type of Wire Communication | Amount | From | To |
| --- | --- | --- | --- | --- | --- |
| 1. | 1/24/90 | Facsimile Letter of Authorization to Transfer Funds into the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 2. | 1/31/90 | Facsimile Letter of Authorization to Transfer Funds out of the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 3. | 2/1/90 | Wire Transfer | $5,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 4. | 3/19/90 | Wire Transfer | $5,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 5. | 3/22/90 | Facsimile Letter of Authorization to Transfer Funds into the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 6. | 6/12/90 | Facsimile Letter of Authorization to Transfer Funds into the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |

| # | Date | Type | Amount | From | To |
|---|------|------|--------|------|-----|
| 7. | 7/10/90 | Facsimile Letter of Authorization to Transfer Funds into the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 8. | 7/10/90 | Facsimile Letter of Authorization to Transfer Funds out of the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 9. | 7/11/90 | Wire Transfer | $25,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 10. | 7/30/90 | Facsimile Letter of Authorization to Transfer Funds out of the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 11. | 8/1/90 | Wire Transfer | $10,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 12. | 8/12/90 | Facsimile Letter of Authorization to Transfer Funds out of the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 13. | 8/14/90 | Wire Transfer | $10,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 14. | 8/30/90 | Wire Transfer | $10,000 | Advest | William Wong account at Far East Bank and Trust Co. |

| #   | Date    | Type | Amount | From | To |
|-----|---------|------|--------|------|-----|
| 15. | 9/7/90  | Facsimile Letter of Authorization to Transfer Funds out of the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 16. | 9/10/90 | Facsimile Letter of Authorization to Transfer Funds into the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 17. | 9/10/90 | Wire Transfer | $15,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 18. | 9/14/90 | Wire Transfer | $25,000 | Advest | William Wong account at Far East Bank and Trust Co. |
| 19. | 9/17/90 | Facsimile Letter of Authorization to Transfer Funds out of the Golden Harvest Account | n/a | Advest New York | Advest Connecticut |
| 20. | 9/20/90 | Wire Transfer | $9,490.46 | Advest | William Wong account at Far East Bank and Trust Co. |

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT TWENTY-ONE THROUGH TWENTY-NINE

The Grand Jury further charges:

7. Paragraphs 1 through 5 of this Indictment are hereby repeated, realleged and incorporated as though fully set forth herein.

8. On or about the dates set forth below, in the Southern District of New York, PAULINO WONG, the defendant, unlawfully, wilfully, and knowingly did transport, transmit and transfer, in interstate and foreign commerce, goods, wares, merchandise, securities and money, of a value of $5,000 and more, knowing the same to have been stolen, converted and taken by fraud, to wit, PAULINO WONG, the defendant, caused the below-listed wire transfers of money from the Golden Harvest Account to an account in the name of William Wong at the Far East Bank and Trust Co, Binondo Branch, Manila, Philippines, knowing said funds had been deposited in the Golden Harvest Account as a result of unauthorized withdrawals from other Advest accounts.

| Count | Date    | Amount of Wire Transfer |
|-------|---------|-------------------------|
| 21.   | 2/1/90  | $5,000                  |
| 22.   | 3/19/90 | $5,000                  |
| 23.   | 7/11/90 | $25,000                 |
| 24.   | 8/1/90  | $10,000                 |
| 25.   | 8/14/90 | $10,000                 |
| 26.   | 8/30/90 | $10,000                 |
| 27.   | 9/10/90 | $15,000                 |
| 28.   | 9/14/90 | $25,000                 |

29.        9/20/90              $9,490.46

(Title 18, United States Code, Sections 2314 and 2.)


_Patricia Tregellas_
FOREPERSON

_Mary Jo White_
MARY JO WHITE
United States Attorney

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v -

PAULINO WONG,

Defendant.

## INDICTMENT

(Title 18, United States Code, Sections 1343, 2314 and 2.)

Mary Jo White
United States Attorney
Southern District of New York

_____
Patricia Regella
Grand Jury Foreperson

1/12/95   POST 11/1/87
FILED INDICTMENT
B/W ORDERED
$MAG. J. LATZ

# WARRANT FOR ARREST

**AUSA:** RICHARD STRASSBERG
791-1314

CR 12 (Rev. 9/82)

## United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | DOCKET NO. | MAGISTRATE CASE NO. |
|---|---|---|
| v. | 95 Cr 44 | |

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:**

PAULINO WONG

**WARRANT ISSUED ON THE BASIS OF:**
- ☒ Indictment
- ☐ Information
- ☐ Order of Court
- ☐ Complaint

**TO:** UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

**DISTRICT OF ARREST:**
**CITY:**

*[Stamp: U.S. DISTRICT COURT FILED JAN 12 — S.D. OF N.Y.]*

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

ITSP
WIRE FRAUD

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 1343; 2314 |

**BAIL FIXED BY COURT:**
**OTHER CONDITIONS OF RELEASE:**

| ORDERED BY | SIGNATURE (JUDGE/MAGISTRATE) | DATE |
|---|---|---|
| HON. THEODORE H. KATZ U.S. MAGISTRATE JUDGE | | 01/12/95 |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
|---|---|---|
| JAMES M. PARKISON | | 01/12/95 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:**
**NAME AND TITLE OF ARRESTING OFFICER:** J. MICHAEL MONAHAN
**DATE EXECUTED:**

A CERTIFIED COPY
*[Signature]* DEPUTY CLERK

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __08-00017__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __x__ No

Defendant Name _____Paulino Wong_____

Alias Name _____

Address _____

**RECEIVED JUL 10 2008**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birthdate __Xx/xx/__ SS# __xxx-xx-__ Sex __M__ Race __A__ Nationality __Filipino__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

**Interpreter:** __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____ ___ Petty ___ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 1343 & 2 | Wire Fraud | 1 to 20 |
| Set 2 | 18 USC 2314 & 2 | Transportation of Stolen Monies | 21 to 29 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __7/10/08__  Signature of AUSA: _____