# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-08-00017-001　　　　　　　　　　　　DATE: July 11, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Geraldine A. Cepeda　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　Electronically Recorded: 10:06:00 - 10:27:42

**APPEARANCES:**

Defendant: Paulino Wong　　　　　　　　　Attorney: John Gorman
☑Present ☑Custody ☐Bond ☐P.R.　　　　☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: Cyrus Kam, FBI
U.S. Probation: Grace Flores
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Petition for Writ of Removal**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant of his rights, charges and penalties.
- Removal/Identity Hearing <u>waived</u>.
- Warrant of Removal issued. Court orders removal of defendant from Guam on or before July 21, 2008. Court further orders that the U.S. Marshal Service ensure that defendant receives his medication as prescribed, and if necessary be seen by a physician.
- Defendant remanded to the custody of the U.S. Marshals Service for removal to the Southern District of New York.

NOTES: