LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 11 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00017 |
| Plaintiff, | |
| vs. | **WAIVER OF IDENTITY** |
| PAULINO WONG, | |
| Defendant. | |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Southern District of New York where there is a warrant outstanding for his arrest.

7/11/08
DATE

PAULINO WONG
Defendant

APPROVED AS TO FORM:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

ORIGINAL