# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAULINO WONG,<br><br>Defendant. | Magistrate Case No. 08-00017<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED THAT THE **Federal Public Defender** is appointed to represent Paulino Wong in the above-entitled case.

DATED this 11th day of July, 2008, *nunc pro tunc* to July 10, 2008.

/s/ Frances M. Tydingco-Gatewood
**Chief Judge**