IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00017-001 |
| Plaintiff, | ) |
| vs. | ) **WARRANT OF REMOVAL** |
| PAULINO WONG, | ) |
| Defendant. | ) |

TO: U.S. MARSHAL
District of Guam

An Indictment for defendant, PAULINO WONG, having been filed in the United States District Court for the Southern District of New York, Docket No. 95CRIM.44, PAULINO WONG, charging him with Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 2 and Transportation of Stolen Monies, in violation of Title 18, Untied States Code, Sections 2314 and 2; and a Warrant for Arrest having been issued for his arrest, and

Said PAULINO WONG, having been arrested in this District on a warrant of arrest issued pursuant to the above indictment, admitted identity, and to being held to answer in the Southern District of New York, PAULINO WONG, is committed to your custody pending removal to the Southern District of New York;

You are therefore commanded to remove PAULINO WONG forthwith to the Southern District of New York and there deliver him to the United States Marshal for the District or to some other officer authorized to received them on or before July 21, 2008.

IT IS FURTHER ORDERED that while in the custody of the United States Marshals Service, the marshals shall ensure that PAULINO WONG receive his medication as prescribed by his physicians.



/s/ Frances M. Tydingco-Gatewood
     **Chief Judge**
**Dated: Jul 11, 2008**