LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00017-001 |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| PAULINO WONG, | ) |
| Defendant. | ) |

PAULINO WONG, having been arrested in the District of Guam on a Warrant of Arrest, and having waived identity, PAULINO WONG, is committed to the U.S. Marshal's Office for the District of Guam for removal to the Southern District of New York and there deliver him to the U.S. Marshal for the Southern District of New York or to some other officer authorized to receive them.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 11, 2008**